NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

JAMAR DONTAE ROPER, *Petitioner*.

No. 1 CA-CR 17-0471 PRPC
FILED 2-1-2018
AMENDED PER ORDER FILED 2-1-18

Petition for Review from the Superior Court in Maricopa County
No.  CR2009-169360-001
The Honorable Cynthia Bailey, Judge

**REVIEW GRANTED AND RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Daniel Strange
*Counsel for Respondent*

Jamar Dontae Roper, Yuma
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge Randall M. Howe, Judge Kenton D. Jones, and Judge James
B. Morse Jr. delivered the decision of the Court.

**PER CURIAM**:

**¶1**　　　　Petitioner Jamar Dontae Roper seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1.　This is petitioner's first petition.

**¶2**　　　　Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012).　It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief.　*See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**　　　　We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review.　We find that petitioner has not established an abuse of discretion.

**¶4**　　　　For the foregoing reasons, we grant review and deny relief.

